# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139695

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GARY VERNARD PATTERSON,

     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139695
COA: 290163
Wayne CC: 05-006457

On order of the Court, the application for leave to appeal the August 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

y0222